Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| NECA-IBEW Welfare Trust Fund, NECA-IBEW Pension Trust Fund </br>Plaintiff </br></br>vs. </br></br>Howard McIntosh dba Best Electric Co </br></br>Defendant | ) ) ) ) ) Case Number: 17-2011 ) ) ) |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiffs and against Defendant in the amount of $11,586.60   for unpaid fringe benefit contributions, underpayments, penalties, and interest due to Plaintiff NECA-IBEW Welfare Trust Fund.

IT IS FURTHER ORDERED THAT judgment is entered in favor of Plaintiffs and against Defendant in the amount of $86,342.98 for unpaid fringe benefit contributions, underpayments, penalties, and interest due to Plaintiff NECA-IBEW Pension Trust Fund.

IT IS FURTHER ORDERED THAT Defendant is to pay Plaintiffs their attorney fees and costs in the amount of $2,018.50.

**Dated: 5/4/17**

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court